UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANTHONY BURT,

                Plaintiff,

              -v-

CITY OF NEW YORK,

                Defendant.
------------------------------------------------------------------X

21-CV-11127 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On August 24, 2022, Plaintiff's counsel informed the Court that they had received notice indicating that Plaintiff had passed away and requested a stay of the case while they investigated. ECF No. 14. The Court granted the stay and ordered Plaintiff's counsel to file a status update by October 24, 2022. To date, the Court has not received the status update. As a courtesy, the deadline to file a status updated is hereby EXTENDED until **October 31, 2022**.

SO ORDERED.

Dated: October 25, 2022
       New York, New York

                                    JESSE M. FURMAN
                                    United States District Judge