UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
ANTHONY BURT, :
:
Plaintiff, :
:
-v- : 21-CV-11127 (JMF)
:
CITY OF NEW YORK, : ORDER OF DISMISSAL
:
Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On October 31, 2022, Plaintiff's counsel informed the Court that Mr. Burt had passed away. ECF No. 20. That same day, the Court ordered that if it did not receive a motion for substitution pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure by January 25, 2023, the case would be dismissed with prejudice. ECF No. 21. The Court has not received a motion for substitution. Accordingly, this case "must be" and is dismissed with prejudice. Fed. R. Civ. P. 25(a)(1).

      Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case.

      SO ORDERED.

Dated: January 26, 2023
       New York, New York

_____
JESSE M. FURMAN
United States District Judge